# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| DAN FORTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 2:20-CV-231-PPS-JEM |
| | ) |
| FRONIUS USA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Dan Fortson, and Defendant, Fronius USA, filed a Joint Stipulation for Dismissal With Prejudice. [DE 33.] The stipulation of dismissal is signed by all parties who have appeared. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 33] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS WITH PREJUDICE** this cause of action, costs paid. The Clerk is also **ORDERED** to **CLOSE** this case.

ENTERED: August 10, 2021.

 /s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT